UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                                                    Chapter 11

BB 23 Hollow Ridge LLC,                                                   Case No. 24-22310-SHL

                                                  Debtor.
----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**

    PLEASE TAKE NOTICE, that all matters scheduled to be heard on July 11, 2024 have been adjourned on consent and will be heard to before the Honorable Sean H. Lane, U.S. Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601 on August 14, 2024 at 10:00 a.m. (the "Hearing").

    PLEASE TAKE FURTHER NOTICE that the Hearing shall not be held in person but shall be held by video via the Zoom platform. Those intending to appear at the Hearing must register with eCourt Appearances no later than two days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Confirmation Hearing. Instructions for registering with eCourt Appearances can be found at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Anyone requiring assistance may contact the Zoom help center at https://support.zoom.us/hc/en-us.

Dated: New York, New York
        July 10, 2024

                                    Goldberg Weprin Finkel Goldstein, LLP
                                    Attorneys for the Debtor
                                    125 Park Avenue, 12th Floor
                                    New York, New York 10017

                                    By:    /s/ J. Ted Donovan, Esq.