UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                    Chapter 11

BB 23 Hollow Ridge LLC,                                    Case No. 24-22310-SHL

                                                      Debtor.
-----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

      PLEASE TAKE NOTICE, that all matters scheduled to be heard on **June 18, 2025** have been adjourned by the Court and will be heard before the Honorable Sean H. Lane, U.S. Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601 on **July 16, 2025** at 10:00 a.m. (the "Hearing").

      PLEASE TAKE FURTHER NOTICE that the Hearing shall be held in person or by video via the Zoom platform. Those intending to appear at the Hearing must register with eCourt Appearances no later than two days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Confirmation Hearing. Instructions for registering with eCourt Appearances can be found at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Anyone requiring assistance may contact the Zoom help center at https://support.zoom.us/hc/en-us.

Dated: New York, New York
         June 13, 2025

                                                  Goldberg Weprin Finkel Goldstein, LLP
                                                  Attorneys for the Debtor
                                                  125 Park Avenue, 12th Floor
                                                  New York, New York 10017

                                                  By:   /s/ J. Ted Donovan, Esq.