UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                                            Chapter 11

BB 23 Hollow Ridge LLC,                                           Case No. 24-22310-SHL

                                Debtor.
--------------------------------------------------------x

## NOTICE OF FEE RATE CHANGE

J. Ted Donovan declares under penalties of perjury pursuant to 28 U.S.C. § 1746:

1.       I am an associate with the firm of Goldberg Weprin Finkel Goldstein LLP (the "Firm"), bankruptcy counsel to BB 23 Hollow Ridge LLC (the "Debtor"). I respectfully submit this Declaration in support of my Firm's increase in its hourly rates for professional services, which will be effective until December 31, 2026, in the absence of any objection.

2.       The Firm's billing rates for bankruptcy matters are being increased from $605.00 to $785.00 per hour to $635.00 to $865.00 per hour for partner time, and from between $375.00 to $560.00 to between $495.00 to $620.00 for associate time. The hourly rate for paralegal services will remain as between $85.00 to $125.00 per hour.

3.       The new hourly rates are the same as fees charged by the Firm for non-bankruptcy matters and are consistent with other firms regularly practicing before the Bankruptcy Courts for the Eastern and Southern District of New York.

Dated: New York, NY
       January 15, 2026                            /s/ J. Ted Donovan